# United States Court of Appeals

### For the Eighth Circuit

_____

No. 22-3367

_____

United States of America

*Plaintiff - Appellee*

v.

Augustus Quintrell Light, also known as Stow

*Defendant - Appellant*

_____

No. 22-3369

_____

United States of America

*Plaintiff - Appellee*

v.

Augustus Quintrell Light, also known as Stow

*Defendant - Appellant*

_____

Appeals from United States District Court
for the District of Minnesota

_____

Submitted: December 13, 2022
Filed: December 22, 2022
[Unpublished]

_____

Before KELLY, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Augustus Light originally received a 120-month prison sentence for possession with intent to distribute methamphetamine and another 18 months for violating the conditions of supervised release. *See* 21 U.S.C. § 841(a)(1), (b)(1)(A); *see also* 18 U.S.C. § 3583(e)(3). We remanded because the 18-month revocation sentence exceeded the statutory maximum. *See United States v. Light*, No. 21-2659/2677, 2022 WL 1252227, at \*1 (8th Cir. Apr. 28, 2022) (unpublished per curiam). The district court[1] then sentenced him to seven months in prison, two months below the maximum available sentence. In a pro se appeal, Light argues that he should have been able to withdraw his guilty plea.

We conclude that the district court did not abuse its discretion in concluding otherwise. *See United States v. Cruz*, 643 F.3d 639, 641 (8th Cir. 2011). The government fulfilled its obligations under the plea agreement, which did not mandate an illegal sentence. *See United States v. Greatwalker*, 285 F.3d 727, 729–30 (8th Cir. 2002) (noting that defendants are not entitled to withdraw guilty pleas when a legal sentence "can be reconciled with the plea agreement"). And even assuming that a challenge to the performance of standby counsel could be viable, it must await collateral review. *See United States v. Adkins*, 636 F.3d 432, 434 (8th Cir. 2011). We accordingly affirm the judgment of the district court.

_____

---

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.